UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**Alternative Dispute Resolution Summary**

1. Style of Case: <u>Allen Fields v. Dolgencorp of Texas, Inc.</u>

2. Civil action number: <u>5:21-cv-00122-OLG</u>

3. Nature of suit: <u>age and disability discrimination</u>

4. Date of Mediation: <u>January 20, 2022</u>

5. When did the case settle?  ___Before ADR   <u>X</u> In ADR   __Did Not Settle

6. What was your total fee?   $<u>3,200.00</u>   or   ___Pro Bono

7. How was the Mediation initiated?   __by court order or <u>X</u> agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

   Natalie C. Rougeux
   Lilia Marek
   Rougeux & Associates, PLLC
   595 S. Castell Ave.
   New Braunfels, Texas  78130
   nrougeux@rougeuxpllc.com
   lmarek@rougeuxpllc.com
   pedwards@rougeuxpllc.com
   830-358-7543

   Melissa Hensley
   McGuireWoods LLP
   2000 McKinney Avenue Suite 1400
   Dallas, Texas  75201
   mhensley@mcguirewoods.com
   pmartin@mcguirewoods.com
   214-704-8922

9. Additional comments:_____

_[signature: Michael J. Halland]_                   <u>1-20-22</u>
Signature of Neutral                                 Date
<u>1250 NE Loop 410, Ste 808</u>                    <u>210-824-8282</u>
<u>San Antonio, TX  78209</u>                        Phone
Address

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*