Case 5:21-cv-00122-OLG   Document 40   Filed 01/24/22   Page 1 of 1

**FILED**
January 24, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ALLEN FIELDS, §
§
*Plaintiff*, §
§
v. § CIVIL NO. SA-21-CV-00122-OLG
§
DOLGENCORP OF TEXAS, INC., §
§
*Defendant*. §

**O R D E R**

On January 20, 2022, Defendant LTF Club Operations Company, Inc. filed a Notice with the Court, advising that the parties reached a settlement though alternative dispute resolution. *See* Dkt. No. 38. Accordingly, the Court hereby administratively CLOSES this case pending the filing of dismissal papers. The Clerk of the Court is **ORDERED** to administratively close this case upon entry of this Order. If the parties wish to reopen this case, they may do so by filing a motion to reopen.

It is so **ORDERED**.

**SIGNED** this 24th day of January, 2022.

_____
ORLANDO L. GARCIA
Chief United States District Judge