IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALLEN FIELDS,<br>      Plaintiff,<br>vs.<br><br>DOLGENCORP OF TEXAS, INC.<br>      Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. SA:21-CV-00122-OLG |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in connection with a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear his or its own attorney's fees and costs.

Dated: February 14, 2022.

Respectfully submitted,

By: */s/ Lilia S. Marek*
Natalie C. Rougeux
Texas State Bar No. 24041828
nrougeux@rougeuxpllc.com
Lilia S. Marek
Texas State Bar No. 24060509
lmarek@rougeuxpllc.com
Rougeux & Associates PLLC
595 S. Castell Ave.
New Braunfels, Texas 78130
Telephone: (830) 358-7543

*ATTORNEYS FOR PLAINTIFF*

By: */s/ Joel S. Allen*
Joel S. Allen
Texas Bar No. 00795069
jallen@mcguirewoods.com
Melissa M. Hensley
Texas Bar No. 00792578
mhensley@mcguirewoods.com

Chen G. Ni
Illinois Bar No. 6329089
cni@mcguirewoods.com
McGuireWoods, LLP
2000 McKinney Ave., Ste. 1400
Dallas, TX 75201
Telephone:     214.932.6400
Facsimile:      214.932.6499